UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2 <br> 8455 Colesville Road, Suite 1250 <br> Silver Spring, MD  20910 <br><br>  Petitioner <br><br>  v. <br><br> SHEET METAL WORKERS INTERNATIONAL ASSOCIATION <br> 1750 New York Avenue, NW <br> Washington, D.C.  20006 <br><br>  Respondent | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ.No.------ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

---

## NOTICE OF FILING OF PETITION TO VACATE AN ARBITRATION AWARD AND FOR DECLARATORY RELIEF

To:

  Michael Sullivan, General President
  Sheet Metal Workers International Association
  1750 New York Avenue, NW
  Washington, D.C.  20006

Please take notice that on this date, November 26, 2007, a Petition to Vacate Arbitration Award and for Declaratory Judgment has been filed in the United States District Court for the District of Columbia, as styled above.

Any filings in this matter must be made with that Court.

                                        ------------------------------------
                                        David R. Levinson (DC Bar #425176)
                                        1320 19th Street, NW

Suite 601
Washington, D.C.  20036
Tel. 202   223-34343

Attorney for Petitioner
Office & Professional Employees
International Union, Local 2,
AFL-CIO