UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————————

|  |  |  |
|---|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2 8455 Colesville Road, Suite 1250 Silver Spring, MD  20910, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:07-cv-02124-RWR |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION 1750 New York Avenue, N.W. Washington, DC  20006, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

———————————————————————————

## STIPULATION

The parties to this proceeding, plaintiff Office & Professional Employees International Union, Local 2 ("Local 2") and defendant Sheet Metal Workers International Association ("SMWIA") hereby agree and stipulate, subject to the Court's approval, that SMWIA shall have until January 10, 2008 within which to answer or otherwise respond to Local 2's Petition to Vacate an Arbitration Award.

Respectfully submitted,

____/s/  David R. Levinson_____          ____/s/  John M. West_____
DAVID R. LEVINSON                           JOHN M. WEST
DC Bar # 425176                             DC Bar # 424718
1320 19th Street, N.W.                       Bredhoff & Kaiser, P.L.L.C.
Suite 601                                    805 Fifteenth Street, N.W.
Washington, DC  20036                        Suite 1000
(202) 223-3434                               Washington, DC  20005
                                             (202) 842-2600

*Counsel for Plaintiff*

                                             *Counsel for Defendant*

Approved:


_____          _____
Richard W. Roberts                              (date)
United States District Judge