UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2, )<br><br>Plaintiff, )<br><br>v. )<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, )<br><br>Defendant. ) | No. 1:07-cv-02124-RWR |

**JOINT SCHEDULING REPORT**

The parties to this proceeding, plaintiff Office & Professional Employees International Union, Local 2 ("Local 2") and defendant Sheet Metal Workers International Association ("SMWIA") submit the following joint report to the Court pursuant to Local Rule 16.3(d) and the Court's Order for Initial Scheduling Conference, dated February 20, 2008.

This is a suit to vacate a labor arbitration award. The parties are in agreement that the case should be resolved through cross-motions for summary judgment, based on the arbitration record. They agree that the arbitration record consists of the following documents: 1) all exhibits submitted to the arbitrator; 2) the transcript of the first day of the arbitration hearing (the second and third hearing days were not transcribed); 3) post-hearing briefs filed by the parties; and 4) the arbitrator's award.

The parties agree that no discovery will be necessary. They further agree that there is no need for Rule 26(a)(1) initial disclosures, as all relevant documents are already within the possession of both parties.

Because both parties' summary judgment motions will address the same legal issue, on the basis of a stipulated record, the parties believe that these motions can be briefed adequately through an abbreviated briefing schedule under which they would file simultaneous opening briefs, simultaneous opposition briefs, and would dispense with a third (reply) brief on each side. They propose the following schedule:

- May 2, 2008:  opening briefs in support of motions for summary judgment
- May 23, 2008:  briefs in opposition to opposing party's motion

The parties will submit those portions of the record upon which they rely as exhibits to their respective briefs.

The parties do not anticipate any need for amendments to the pleadings or for the joinder of additional parties; accordingly, the deadlines for such actions can be set at an early date, such as April 15, 2008.

As the parties expect that this matter will be resolved on summary judgment, they do not believe it necessary for the Court to set dates for trial or for a pretrial conference.

The parties do not consent to the transfer of this case to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Finally, the parties do not believe that an alternate dispute resolution procedure would be helpful at the present time.

A proposed scheduling order is submitted herewith.

Respectfully submitted,

   /s/  David R. Levinson
DAVID R. LEVINSON
DC Bar # 425176
1320 19th Street, N.W.
Suite 601
Washington, DC  20036
(202) 223-3434

*Counsel for Plaintiff*

   /s/  John M. West
JOHN M. WEST
DC Bar # 424718
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　No. 1:07-cv-02124-RWR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of the parties Joint Scheduling Report, and following the initial scheduling conference held in this matter on April 7, 2008, it is hereby ORDERED as follows:

1.　This action to vacate a labor arbitration award shall be decided on the basis of the arbitration record, to which the parties have stipulated.  As both parties are already in possession of the record, there will be no need for discovery, and initial disclosures under Rule 26(a)(1) are unnecessary.

2.　Any amendments to the pleadings and any joinder of additional parties shall be made no later than April 15, 2008.

3.　The parties shall file simultaneous cross-motions for summary judgment, with supporting briefs, on May 2, 2008, and simultaneous opposition briefs on May 23, 2008.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　　　　　　　United States District Judge

April ___, 2008