UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:07-cv-02124-RWR ) |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff Office & Professional Employees International Union moves for the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2), with each Party to bear its own costs. Plaintiff, through counsel, has consulted with Defendant, through counsel, and Defendant does not consent to this Motion. A proposed Order is enclosed.

Respectfully submitted,

      /s/  David R. Levinson
DAVID R. LEVINSON
D.C. Bar # 425176
1320 19th Street, N.W.
Suite 601
Washington, DC  20036
(202) 223-3434

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2, ) ) ) ) Plaintiff, ) ) v. ) ) SHEET METAL WORKERS ) INTERNATIONAL ASSOCIATION, ) ) Defendant. ) ) | No. 1:07-cv-02124-RWR |

## ORDER

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, any opposition thereto and any reply, it is hereby ORDERED as follows that the Motion is granted, this action is dismissed, and each Party is to bear its own costs.

    IT IS SO ORDERED.

/_____

RICHARD W. ROBERTS
United States District Judge

May \_\_\_, 2008