```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
OFFICE & PROFESSIONAL         )
EMPLOYEES INTERNATIONAL       )
UNION, LOCAL 2,               )
                              )
          Petitioner,         )
                              )
     v.                       )    Civil Action No. 07-2124 (RWR)
                              )
SHEET METAL WORKERS           )
INTERNATIONAL ASSOCIATION,    )
                              )
          Respondent.         )
_____)
```

## ORDER TO SHOW CAUSE

On May 2, 2008, plaintiff moved for voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendant has opposed plaintiff's motion, asking that if plaintiff is allowed to dismiss this case, plaintiff be required to pay defendant's fees and costs incurred in litigating this matter.  Because plaintiff has not specified whether it intended to voluntarily dismiss this action with prejudice, it is hereby

**ORDERED** that the parties shall show cause in writing by June 3, 2008, why this case should not be dismissed with prejudice, without the imposition of fees or costs against the plaintiff.

SIGNED this 23 day of May, 2008.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```