UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:07-cv-02124-RWR |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

Plaintiff Office & Professional Employees International Union, Local 2, (Local 2) through counsel, hereby responds to the Court's Order to Show Cause of May 23, 2008.

The Court noted that Local 2 had failed to specify whether its motion for voluntary dismissal was with or without prejudice. Undersigned Counsel for Local 2 apologizes to the Court for the additional work created because of this oversight.

In that the applicable statutory time limit for seeking vacatur of an arbitration award[1] expired prior to the time of the voluntary dismissal motion , Local 2's intention had been for dismissal with prejudice. Accordingly, Local 2 agrees that dismissal of this action be with prejudice.

As set out in Local 2's filing of May 12, 2008, this matter was brought upon a reasonable basis and for good faith considerations, and the motion for voluntary dismissal was likewise

---

[1] See, e.g. D.C. Code Section 16-4311(b)

2

motivated by reasonable and good faith considerations.  Accordingly, dismissal with each party to bear its own costs and fees is appropriate.

A corrected version of a proposed order is enclosed herein.


Respectfully submitted, June 3, 2008


    /s/  David R. Levinson
DAVID R. LEVINSON
D.C. Bar # 425176
1320 19th Street, N.W.
Suite 601
Washington, DC  20036
(202) 223-3434

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2,  )<br><br>Plaintiff, )<br><br>v. )<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, )<br><br>Defendant. ) | No. 1:07-cv-02124-RWR |

**ORDER**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, any opposition thereto and any reply, it is hereby ORDERED that this matter be dismissed with prejudice, with each Party is to bear its own costs and fees.

IT IS SO ORDERED.

/

RICHARD W. ROBERTS
United States District Judge

June ___, 2008