UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 2,<br><br>Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS INTERNATIONAL ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:07-cv-02124-RWR<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RESPONSE TO
ORDER TO SHOW CAUSE**

In response to the Court's order of May 23, 2008, that the parties show cause why the case should not be dismissed with prejudice and without the imposition of fees or costs against plaintiff (Dkt. #12), defendant Sheet Metal Workers International Association ("SMWIA") respectfully states that it relies on the reasons previously set forth in its Response to Plaintiff's Motion for Voluntary Dismissal (Dkt. #10) for the proposition that dismissal, whether with or without prejudice, should be conditioned on payment by plaintiff of the costs and attorney's fees incurred by SMWIA in its defense of this action.

Respectfully submitted,

/s/ John M. West
John M. West
D.C. Bar #424718
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth St., N.W.
Suite 1000
Washington, D.C. 20005
(202) 842-2600
*Counsel for Defendant*